UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUSTIN CORMIER, ET AL.** | ***CIVIL NO. 6:15-2076** |
| **VERSUS** | ***MAGISTRATE JUDGE HANNA** |
| **TURNKEY CLEANING SERVICES, LLC., ET AL.** | ***BY CONSENT OF THE PARTIES** |

## ORDER

For the reasons set forth on the record during the September 27, 2016 hearing on the Motion to Dismiss filed by defendant Scottsdale Insurance Company ("Scottsdale") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [rec. doc. 123], the following Orders are entered;

By agreement of counsel, the procedural arguments asserted in the Motion to Dismiss, namely, whether Cormier can maintain a direct action against Scottsdale because the FLSA preempts the Louisiana direct action statute, and whether an FLSA claim is a contract claim which falls outside the purview of the Louisiana direct action statute, are **withdrawn.** Accordingly, the sole issue before the Court is whether the Scottsdale policy excludes coverage for the FLSA wage and hour claims brought by plaintiff's herein.

Given that the Court will consider the Scottsdale policy with respect to the sole remaining issue before this Court, the Motion to Dismiss [rec. doc. 123] is hereby

**converted** to a Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  *See* Rule 12(d), FRCP.

The plaintiff, Justin Cormier, and Dale P. Martin, Jr. are **granted thirty (30) days** to file an appropriate pleading pursuant to Rule 56(d) addressing that which they deem is necessary for disposition of the Motion for Summary Judgment.

Defendant Scottsdale is **granted thirty (30) days** to file an appropriate pleading pursuant to Rule 12(d) addressing that which it deems is necessary for disposition of the Motion for Summary Judgment.

Pursuant to Rule 12(d) Ruling on the Motion for Summary Judgment [rec. doc. 123] is **deferred** until the parties have had a reasonable opportunity to present all material that is relevant to the motion.

Signed this 28th day of September, 2016, at Lafayette, Louisiana.

_____
**PATRICK J. HANNA**
**UNITED STATES MAGISTRATE JUDGE**