UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUSTIN CORMIER, ET AL.** | *CIVIL NO. 6:15-2076 |
| **VERSUS** | *MAGISTRATE JUDGE HANNA |
| **TURNKEY CLEANING SERVICES, LLC., ET AL.** | *BY CONSENT OF THE PARTIES |

## ORDER

The Court has received Justin Cormier and Dale P. Martin, Jr.'s pleadings filed pursuant to Rule 56(d), as well as Scottsdale's Rule 12(d) pleading addressing that which they deem is necessary for disposition of the pending Motion for Summary Judgment. [rec. docs. 162, 160 and 161]. The following discovery will be permitted:

1) Production of the application submitted by Turnkey Cleaning Services GOM, LLC, Turnkey Cleaning Services, LLC and/or Dale P. Martin, Jr. to procure the insurance provided by Scottsdale Insurance Company;

2) Production of the complete underwriting file of Scottsdale Insurance Company;

3) The Rule 30(b)(6) deposition of Scottsdale;

4) The Rule 30(b)(6) deposition of Turnkey Cleaning Services GOM, LLC, Turnkey Cleaning Services, LLC or other entity who purchased the insurance provided by Scottsdale Insurance Company.

5) The deposition of Dale P. Martin, Jr. or other person who purchased the insurance provided by Scottsdale Insurance Company.

Prior to any Rule 30(b)(6) deposition, the parties shall provide the Court with a copy of the proposed notice setting forth the proposed areas of inquiry for this Court's approval. Any such notice may be sent to Hanna_orders@lawd.uscourts.gov.

Signed this 15th day of November, 2016, at Lafayette, Louisiana.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE