# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JUSTIN CORMIER, Individually and On Behalf of Others Similarly Situated, | Case No. 6:15-cv-02076-PJH |
| | Collective Action 29 U.S.C. § 216(b) |
| v. | Chief Judge S. Maurice Hicks, Jr. |
| TURNKEY CLEANING SERVICES, LLC; TURNKEY CLEANING SERVICES GOM, LLC; DALE P. MARTIN, JR..; and SCOTTSDALE INSURANCE CO. | Magistrate Judge Patrick J. Hanna |

## ORDER APPROVING SETTLEMENT

The Court has reviewed the parties' Joint Motion to Approve Settlement [Rec. Doc. __] and their Confidential Settlement Agreement [Rec. Doc. 215], which has been filed under seal pursuant to the Court's Order [Rec. Doc. 211]. The Court finds that the Confidential Settlement Agreement represents a fair and reasonable compromise of the Fair Labor Standards Act and other claims at issue in this case and approves the Confidential Settlement Agreement.

Accordingly, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Court will retain jurisdiction for ninety (90) days, however, to enforce all terms of the Confidential Settlement Agreement, if necessary. *See SmallBizPros, Inc. v. MacDonald,* 618 F.3d 458, 462-63 (5th Cir. 2010).

Signed on the ____ day of October 2018, at Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR., U.S.D.J.