## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

JUSTIN CORMIER                        CASE NO. 6:15-CV-02076

VERSUS                                JUDGE S. MAURICE HICKS, JR.

TURNKEY CLEANING SERVICES    MAGISTRATE JUDGE HANNA
LLC

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation [Rec. Doc. 217] is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Approve Confidential Settlement Agreement [Rec. Doc. 216], on the terms and conditions set forth in the Confidential Settlement Agreement filed under seal [Rec. Doc. 215], is hereby GRANTED, consistent with the report and recommendation.

**IT IS FURTHER ORDERED** that the collective action is hereby DISMISSED WITH PREJUDICE, provided however, that the Court will retain

jurisdiction for ninety (90) days to enforce the terms of the Confidential Settlement Agreement, if necessary.

Signed at Shreveport, Louisiana, this 30th day of October, 2018.

_____
S. MAURICE HICKS, JR.
CHIEF UNITED STATES DISTRICT JUDGE