# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| JUSTIN CORMIER, Individually and On Behalf of Others Similarly Situated, <br><br> v. <br><br> TURNKEY CLEANING SERVICES, LLC; TURNKEY CLEANING SERVICES GOM, LLC; DALE P. MARTIN, JR..; and SCOTTSDALE INSURANCE CO. | Case No. 6:15-cv-02076-PJH <br><br> Collective Action 29 U.S.C. § 216(b) <br><br> Chief Judge S. Maurice Hicks, Jr. <br><br> Magistrate Judge Patrick J. Hanna |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and in accordance with the parties' Confidential Settlement Agreement previously approved by this Court [Rec. Doc. 218], Justin Cormier, on behalf of himself and others similarly situated, (collectively "Plaintiffs") and Turnkey Cleaning Services, LLC, Turnkey Cleaning Services GOM, LLC, Dale P. Martin, Jr.., and Scottsdale Insurance Co. (collectively "Defendants") jointly move this Court to dismiss any and all claims pleaded by Plaintiffs against Defendants, in this lawsuit, with prejudice and with each party to bear its or his own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Richard J. (Rex) Burch | /s/ James M. Garner |
| Richard J. (Rex) Burch (admitted *pro hac vice*) | Joseph K. West (La. Bar No. 18041) |
| Bruckner Burch PLLC | DUANE MORRIS LLP |
| 8 Greenway Plaza, Suite 1500 | 505 9th Street, N.W., Suite 1000 |
| Houston, Texas 77046 | Washington, DC 20004 |
| Telephone: (713) 877-8788 | Telephone: (202) 776-7806 |
| Facsimile: (713) 877-8065 | Facsimile: (202) 478-2676 |
| Email: rburch@brucknerburch.com | Email: JKWest@duanemorris.com |

– and –

| | |
|---|---|
| Kenneth W. DeJean (La. Bar No. 4817)<br>LAW OFFICES OF KENNETH W. DEJEAN<br>417 W. University Avenue (70506)<br>Post Office Box 4325<br>Lafayette, Louisiana 70502<br>Telephone: (337) 235-5294<br>Facsimile: (337) 235-1095<br>Email: kwdejean@kwdejean.com | Charlotte E. Thomas (admitted *pro hac vice*)<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Telephone: (215) 979-1000<br>Email: cthomas@duanemorris.com |
| – and – | – and – |
| Michael A. Josephson (admitted *pro hac vice*)<br>Andrew Dunlap (admitted *pro hac vice*)<br>JOSEPHSON DUNLAP LAW FIRM<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>Telephone: (713) 352-1100<br>Facsimile: (713) 751-3300<br>Email: mjosephson@mybackwages.com<br>adunlap@mybackwages.com | James M. Garner (La. Bar No. 19589)<br>Leopold Z. Sher (La. Bar No. 12014)<br>Joshua S. Force (La. Bar No. 21975)<br>Ashely G. Coker (La. Bar No. 30446)<br>SHER GARNER CAHILL RICHTER<br>  KLEIN & HILBERT, L.L.C.<br>909 Poydras Street, Twenty-Eighth Floor<br>New Orleans, Louisiana 70112<br>Telephone: (504) 299-2100<br>Facsimile: (504) 299-2300<br>Email: jgarner@shergarner.com<br>lsher@shergarner.com<br>jforce@shergarner.com<br>acoker@shergarner.com |
| *Attorneys for Plaintiffs Cormier, et al.* | *Attorneys for Defendant Scottsdale Insurance Co.* |
| /s/ Lindsay L. Meador<br>Lindsay L. Meador (La. Bar No. 31261)<br>GALLOWAY, JOHNSON, TOMPKINS, BURR<br>  & SMITH<br>328 Settlers Trace Boulevard<br>Lafayette, Louisiana 70508<br>Telephone: (337) 735-1760<br>Facsimile: (337) 993-0933<br>Email: lmeador@gallowayjohnson.com | /s/ Joel P. Babineaux<br>Joel P. Babineaux (La. Bar No. 21455)<br>Karen T. Bordelon (La. Bar No. 20114)<br>BABINEAUX, POCHÉ, ANTHONY<br>  & SLAVICH, L.L.C.<br>Post Office Box 52169<br>Lafayette, Louisiana 70505<br>Telephone: (337) 984-2505<br>Facsimile: (337) 984-2503<br>Email: jbabineaux@bpasfirm.com<br>kbordelon@bpasfirm.com |
| *Attorneys for Defendants Turnkey Cleaning Services LLC and Turnkey Cleaning Services GOM LLC* | *Attorneys for Defendant Dale P. Martin, Jr.* |

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 12, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

    /s/ James M. Garner
JAMES M. GARNER