**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| JUSTIN CORMIER, Individually and On Behalf of Others Similarly Situated, <br><br> v. <br><br> TURNKEY CLEANING SERVICES, LLC; TURNKEY CLEANING SERVICES GOM, LLC; DALE P. MARTIN, JR..; and SCOTTSDALE INSURANCE CO. | **Case No. 6:15-cv-02076-PJH** <br><br> Collective Action 29 U.S.C. § 216(b) <br><br> Chief Judge S. Maurice Hicks, Jr. <br><br> Magistrate Judge Patrick J. Hanna |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

**CONSIDERING** the foregoing Joint Motion to Dismiss with Prejudice (the "Motion") filed by Justin Cormier, on behalf of himself and others similarly situated, (collectively "Plaintiffs") and Turnkey Cleaning Services, LLC, Turnkey Cleaning Services GOM, LLC, Dale P. Martin, Jr.., and Scottsdale Insurance Co. (collectively "Defendants") and good cause appearing,

**IT IS HEREBY ORDERED** that, in accordance with Federal Rule of Civil Procedure 41, the Motion is **GRANTED** and any and all claims asserted by Plaintiffs against Defendants in this lawsuit are **DISMISSED WITH PREJUDICE**. Each party will bear his or its own costs.

Signed on the ___ day of December 2018, at Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR., U.S.D.J.